**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 21−02905−dd                             Chapter: 7

**In re:**
JAAP, Inc. DBA Healthy Eyes on Pickens
dba JAAP, Inc. DBA Healthy Eyes on Pickens, dba JAAP,
Inc. DBA Candela Eyecare

| Entered By The Court 4/10/23 | **FINAL DECREE, DISCHARGING TRUSTEE AND CLOSING CASE** | **Filed By The Court** 4/10/23 L. Jefferson Davis, IV Clerk of Court US Bankruptcy Court |
|---|---|---|

The estate of the above−named debtor(s) has been fully administered. Therefore,

*Janet B. Haigler* is discharged as trustee of the estate and the Chapter 7 case of the above named−debtor(s) is closed.

**IT IS SO ORDERED.**

David R. Duncan
United States Bankruptcy Judge